FILED ___ LODGED
___ RECEIVED

AUG 24 2005

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY ___ DEPUTY

MAGISTRATE JUDGE ARNOLD

05-CR-05073-ORD

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR05-5073 |
| Plaintiff, ) | |
| vs. ) | ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE |
| ALANA AMSDEN, ) | |
| Defendant. ) | |

Upon the stipulation of the parties to continue the trial date in the above-captioned case, the Court finds that such a continuance would serve the ends of justice and outweigh the best interests of the public and the defendant in a speedy trial; therefore,

IT IS HEREBY ORDERED that the trial date be continued to September 26, 2005. The period of delay resulting from this continuance from August 10, 2005, to September 26, 2005 is hereby excluded for speedy trial purposes under 18 U.S.C. §3161(h)(8)(A) and (B).

DONE this 24 day of August, 2005.

_____
JUDGE J. KELLEY ARNOLD
UNITED STATES MAGISTRATE JUDGE

Presented By:

/s/_____
Jerome Kuh
Attorney for Defendant

/s/_____
Captain Glen Templeton
Special Assistant United States Attorney

ORDER GRANTING STIPULATED MOTION
TO CONTINUE TRIAL DATE                    1

FEDERAL PUBLIC DEFENDER
1331 Broadway, Ste. 400
Tacoma, Washington 98402
(253) 593-6710